# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JUDY E. COLLYMORE
55 CITY HALL PLAZA APT. 510
BROCKTON, MA
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04m-1059-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about **March 25, 2004** in **Suffolk** County, in the District of **Massachusetts** defendant did, (Track Statutory Language of Offense)

knowingly and intentionally and unlawfully import into the Unites States from a place outside thereof a quantity of cocaine, a Class II controlled substance.

in violation of Title ___21___ United States Code, Section(s) ___952(a)___.

I further state that I am a(n) **U.S. Immigration and Customs Enforcement Special Agent** and that this complaint is based on the following facts:

See Attached Affidavit of Special Agent Gary W. Stephan

Continued on the attached sheet and made a part hereof:   X Yes   ☐ No

Signature of Complainant
Gary W. Stephan
Special Agent
United States Immigration and
Customs Enforcement

Sworn to before me and subscribed in my presence,

March 26, 2004                          at          Boston, Massachusetts
Date                                                 City and State

JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer                   Signature of Judicial Officer